

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 27, 2025

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re:**   *United States v. Dajhaan Perez*, S1 23 Cr. 405 (LTS)

Dear Chief Judge Swain:

      The Government writes to request that the Court enter the attached consent preliminary order of forfeiture on or before February 28, 2025 in connection with the above-captioned case against defendant Dajhaan Perez.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

      By:  _____
      Matthew J. King
      Assistant United States Attorney
      (212) 637-2384

cc:   Michael Bloch, Esq.

The foregoing request is granted. The Consent Preliminary Order of Forfeiture will be filed contemporaneously with this memo endorsement. DE #66 is resolved.
SO ORDERED.
2/27/2025
/s/ Laura Taylor Swain, Chief USDJ