UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                    No.  23-CR-405-1

DAJHAAN PEREZ,                                  ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing scheduled for March 11, 2025, at 2:00PM is hereby adjourned to **April 3, 2025, at 12:00PM** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C.

        SO ORDERED.

Dated: New York, New York            /s/ Laura Taylor Swain
       March 10, 2025                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge