UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No.  23-CR-405-LTS

DAJHAAN PEREZ,                                        ORDER

            Defendant.

-------------------------------------------------------x

       The Defendant requests that the unredacted versions of certain sentencing submissions—the Defendant's sentencing submission brief (docket entry no. 64), a mitigation report dated January 14, 2025 (docket entry no. 64, Ex. A), and letters written in support of the Defendant (docket entry no. 64, Exs. C, E, K, N, and O)—be filed under seal.  These requests are granted because these materials contain sensitive personal information regarding the Defendant and members of his extended family.

       The parties are directed to take hard copies of the referenced unredacted documents to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

      SO ORDERED.

Dated: New York, New York             /s/ Laura Taylor Swain
      April 3, 2025                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge