



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

May 15, 2025

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

    Re:   *United States v. DAJHAAN PEREZ*
            S1 23 Cr. 405 (LTS)

Dear Judge Laura Taylor Swain:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, DAJHAAN PEREZ, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 68) and no third-party claims have been filed within the statutory period.

    Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                  Respectfully submitted,

                                  JAY CLAYTON
                                  United States Attorney
                                  Southern District of New York

By: _____
        Matthew J. King
        Assistant United States Attorney
        Tel. (212) 637-2384

*Enclosure*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :   **FINAL ORDER OF**
:   **FORFEITURE**
-v.- :
:   S1 23 Cr. 405 (LTS)
DAJHAAN PEREZ, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about February 27, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 68), which ordered the forfeiture to the United States of all right, title and interest of DAJHAAN PEREZ (the "Defendant") in the following property:

   a. $102,500 in United States currency the Government seized from a residence in North Bergen, New Jersey at the time of arrest on or about May 23, 2023

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 4, 2025, for thirty (30) consecutive days, through April 2, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 15, 2025 (D.E. 118);

WHEREAS, on or about March 28, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

    a. Samuel Mitchell, Esq.
       Mitchell & Mitchell, LLC
       7161 E. Rancho Vista Drive, Suite 5009
       Scottsdale, AZ 85281; and

    b. Michael Eisner, Esq.,
       Motley Rice
       28 Bridgeside Blvd
       Mt. Pleasant, SC 29464;

(a. and b., together, the "Noticed Parties");

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
_____May 15_____, 2025

SO ORDERED:

/s/ Laura Taylor Swain
_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3