UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-                                                                       No.  23-CR-00609-LTS
                                                                                No.  23-CR-00405-LTS-1

DAJHAAN PEREZ,

        Defendant.

-------------------------------------------------------x

ORDER

Laura Taylor Swain, Chief United States District Judge:

        On April 3, 2025, Mr. Perez was sentenced principally to a term of imprisonment of 96 months as to Count One in the case captioned 23-CR-405 and a term of imprisonment of 14 months as to Specification One in the case captioned 23-CR-609.  (See 23-CR-405, docket entry no. 111; 23-CR-609, docket entry no. 5.)  The two sentences run consecutively, for a total of 110 months of imprisonment.  (See 23-CR-405, docket entry no. 111; 23-CR-609, docket entry no. 5.)

        On July 1, 2025, Mr. Perez filed a motion, (see 23-CR-609, docket entry no. 6), requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023.  During sentencing, the Court used the November 1, 2024 version of the Sentencing Guidelines, (see 23-CR-405, docket entry no. 115 (sentencing transcript) at 66), which incorporated all the changes made by Amendment 821.  Accordingly, Mr. Perez's motion under Amendment 821 is denied because

Mr. Perez's sentence already takes into account all relevant changes made by Amendment 821.

Docket entry no. 6 in the case captioned 23-CR-609 is resolved.

    SO ORDERED.

Dated: New York, New York

    July 7, 2025

<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
United States District Judge

**Copy to be mailed to:**

Dajhaan Perez
Reg. No. 01146-138
FCI Schuylkill
Federal Correctional Institution
P.O. BOX 759
Minersville, PA  17954