AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)

Case 1:23-cr-00405-LTS    Document 131    Filed 07/09/25    Page 1 of 1

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America <br> v. <br> DAJHAAN PEREZ <br><br> Date of Original Judgment: 04/08/2025 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 01:S1 23crim405-01 (LTS) <br> USM No: 01146-138 <br><br> Michael L. Bloch, Esq. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/08/2025 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/08/2025

/s/ Laura Taylor Swain
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Laura Taylor Swain, Chief U.S.D.J.
*Printed name and title*